FRANCES HEENAN BROWNING, an Infant, by CAROLYN M. HEENAN, Her Guardian ad Litem, Respondent, v. EDWARD W. BROWNING, Appellant.— Order reversed and motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DUFFY-MOTT COMPANY, INC., Respondent, v. CHARLES F. HOLLWEDEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALICE HOFFMAN, Respondent, v. EMIL FRAAD and ELSIE FRAAD, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of P. L. L. HOLDING Co., INC., and Another, Appellants, against CHARLES W. BERRY, as Comptroller of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of AUGUSTUS W. CLARKE, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WEPRIN & GLASS BUILDING CORPORATION, Respondent, v. ROSOFF SUBWAY CONSTRUCTION Co., INC., Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PHILIP BERNFELD and Another, Respondents, v. JACK C. KREINDLER, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents. The date for the examination to proceed to be fixed in the order. Settle order on notice.

RAISLER HEATING COMPANY, Respondent, v. CHARLES GOODMAN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RAISLER HEATING COMPANY, Respondent, v. CHARLES GOODMAN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JEAN LEWIS, Respondent, v. DAVID M. NATANSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE CROFUT & KNAPP COMPANY, Respondent, v. CROFELT HAT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL NASSAN and Another, Appellants, v. LEO SILVER Co., INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL LEVINE, Appellant, v. HOEGGER, HAUPT & KOHN CORPORATION,